IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00272-RJC-DSC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PERRY LEE SPENCER (2) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for compassionate release, (Doc. No. 125), and related pleadings. However, the defendant was released from custody in April 2022.[1]

**IT IS, THEREFORE, ORDERED** that the defendant's motion for compassionate release, (Doc. No. 125), is **DISMISSED as moot**.

The Clerk is directed to certify copies of this Order to the Federal Defender and the United States Attorney.

Signed: November 1, 2022

Robert J. Conrad, Jr.
United States District Judge

---

[1] https://www.bop.gov/inmateloc/